# Third District Court of Appeal

**State of Florida**

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D19-245 and 3D19-324
Lower Tribunal Nos. 13-19313A, 11-30280C and 11-4311

_____

**Quintin Vicks,**
Appellant,

vs.

**The State of Florida,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Carlos J. Martinez, Public Defender, and Jonathan Greenberg and Manuel Alvarez, Assistant Public Defenders, for appellant.

Ashley Moody, Attorney General, and Jeffrey R. Geldens, Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed.